UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LARRY BERNARD SMITH, JR,

    Defendant.

Case No. 15-cr-40074-JPG

## **MEMORANDUM AND ORDER**

This matter comes before the Court on defendant Larry Bernard Smith, Jr.'s motion for free copies of his plea agreement, judgment, indictment and docket sheet (Doc. 43). He claims he needs these documents to perfect an appeal of his conviction.

Defendants have no constitutional right to a complimentary copy of any document in their court files. *See United States v. Groce*, 838 F. Supp. 411, 413, 414 (E.D. Wis. 1993). Before providing copies free of charge, a district court may require the requestor to show: (1) that he has exhausted *all* other means of access to his files (*i.e.*, through his trial and appellate counsel), (2) that he is financially unable to secure access to his court files (*i.e.*, through a showing similar to that required in 28 U.S.C. § 1915(a)(2) which includes a certified copy of the prisoner's trust account for the previous six-month period prior to filing), and (3) that the documents requested are necessary for some specific non-frivolous court action. *See United States v. Wilkinson*, 618 F.2d 1215, 1218-19 (7th Cir. 1980); *Rush v. United States*, 559 F.2d 455, 459 (7th Cir. 1977); *Groce*, 838 F. Supp. at 413-14. These minimal requirements do not impose any substantial burden to financially unable prisoners who desire their records be sent to them at government expense.

Smith has not demonstrated that he has requested copies of the documents he seeks from his defense counsel or that he is financially unable to purchase the documents from the Clerk's Office.  Furthermore, he has not shown he needs them for a non-frivolous court action.  He states he needs them for an appeal of his criminal judgment, but there is no active appeal, and the time for filing an appeal of his May 2016 judgment has long since expired.  For these reasons, the Court **DENIES** Smith's motion (Doc. 43) **without prejudice**.  He may refiled his motion with the appropriate support as described above.

**IT IS SO ORDERED.**
**DATED:  October 31, 2017**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**